UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 1

| | |
|---|---|
| ZOETIS SERVICES LLC<br><br>                               **Plaintiff,**<br><br>   v.<br><br>UNITED STATES,<br><br>                               **Defendant.** | **S U M M O N S**<br><br>**Court No. 22-00056** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

                                      /s/ Mario Toscano
                                       Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry:  Chicago, IL (3901) | Center (if known):<br>  Pharmaceutical CEE |
| Protest Number:  3901-21-123865 | Date Protest Filed:<br>  March 30, 2021 |
| Importer:  Zoetis Services LLC | Date Protest Denied:  December 9, 2021 |
| Category of Merchandise: Medicament for therapeutic or prophylactic uses | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| DSV-5251595-1 | 12/26/2019 | 11/20/2020 | | | |
| DSV-5252752-7 | 01/22/2020 | 12/18/2020 | | | |

Wm. Randolph Rucker
Faegre Drinker Biddle & Reath LLP
320 South Canal Street, Suite 3300
Chicago, IL 60606-5707
Randy.rucker@faegredrinker.com
(312) 569-1157

# CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Chlortetracycline Concentrate Feed Grade Powder | 2309.90.1050 9903.88.03 | FREE 25% | 3003.20.0000 | FREE |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Classification – The subject merchandise is properly classified under HTSUS subheading 3003.20.0000. |

| The issue which was common to all such denied protests: Tariff classification |
|---|

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Wm. Randolph Rucker
*Signature of Plaintiff's Attorney*

February 24, 2022
*Date*