UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, *SENIOR JUDGE*

| | |
|---|---|
| ZOETIS SERVICES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant. | Court No. 22-00056 |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion for Leave to File First Amended Complaint, and good cause appearing therefore, it is hereby:

**ORDERED** that Plaintiff's motion is granted; and it is further

**ORDERED** that Plaintiff's Amended Complaint is entered in the above referenced action and considered filed as of the date of this Order.

_____
Timothy C. Stanceu, Senior Judge

Dated: _____
New York, NY

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, *SENIOR JUDGE*

| | |
|---|---|
| ZOETIS SERVICES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant. | Court No. 22-00056 |

### CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Pursuant to Rule 15(a)(2), Plaintiff, through its undersigned attorneys, hereby moves this Court for an order granting leave to file an Amended Complaint in the above-referenced action. This is the first request to amend the Complaint in this case.

This case concerns the proper tariff classification of certain Chlortetracycline Concentrate Feed Grade Powder ("CTC Concentrate"). As recognized during discovery, Plaintiff has identified certain discrepancies in the allegations of the original complaint. For example, in the current Complaint, Plaintiff alleges that the CTC Concentrate is used to make finished products recognized by the U.S. Food and Drug Administration ("FDA") as "Type-A Medicated Feed Articles." However, this description is incorrect and should have stated these finished products are "Type-A Medicated Articles."

Additionally, on August 31, 2023, U.S. Customs and Border Protection ("CBP") issued Headquarters Ruling Letter ("HRL") H325604 classifying a Chlortetracycline Feed Grade Concentrate ("CTC-FG") product under subheading 2941.30.00 under the *Harmonized Tariff Schedule of the United States* (HTSUS). Upon review, Plaintiff believes that the CTC-FG product at issue in HRL H325604 is nearly identical to the CTC Concentrate at issue in this case. Therefore,

Plaintiff has added a new Count I to the Complaint, asserting classification of its imported CTC Concentrate under HTSUS subheading 2941.30.00 in accordance with CBP's decision in HRL H325604.

Pursuant to U.S. Court of International Trade Rule 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

Plaintiff consulted with counsel for Defendant, Luke Mathers, Esq., of the U.S. Department of Justice, who consented to this motion on March 12, 2024. Plaintiff further submits that, notwithstanding opposing counsel's consent, good cause supports this request because the proposed amendment to the Complaint, by aiming to better clarify the specific goods at issue in this case and the applicable administrative precedent, is intended to assist the parties and the Court in reaching a resolution.

For the reasons above, we respectfully assert that the proposed amendment to the Complaint, attached hereto as **Exhibit A**, is just and will facilitate the further judicial review of this action without prejudice to Defendant.[1]

**WHEREFORE,** Plaintiff respectfully requests that this motion be granted.

---

[1] In accordance with Administrative Order 02-01, paragraph 4(d)(i), also attached hereto is an errata sheet that includes "a list of each amendment or correction including the page number for each amendment or correction" (**Exhibit B**); and "an amended or corrected version of the [Complaint] showing the additions, deletions, and any other changes in a 'redline and strikeout'" (**Exhibit C**).

        Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**
Attorneys for Plaintiff
Zoetis Services LLC
320 S. Canal Street, Suite 3300
Chicago, IL 60606
Telephone (312) 569-1000

By: /s/ William R. Rucker

Dated: March 12, 2024

**CERTIFICATE OF SERVICE**

William R. Rucker certifies that he is an attorney with the law firm of Faegre Drinker Biddle & Reath LLP, with offices located at 320 S. Canal Street, Suite 3300, Chicago, Illinois 60606, and that on March 12, 2024, on behalf of the Plaintiff herein, he served the attached Motion for Leave to File First Amended Complaint on:

Luke Mathers
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza
Room 346
New York, NY 10278

the attorney for the Defendant herein, by electronic service in the CM/ECF System of the Court of International Trade and email at luke.mathers@usdoj.gov.

/s/ William R. Rucker