UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: JOSEPH A. LAROSKI, JR., *JUDGE*

---

| | |
|---|---|
| ZOETIS SERVICES LLC, | |
|       Plaintiff, | |
| v. | Court No. 22-00056 |
| UNITED STATES, | |
|       Defendant. | |

## THIRD AMENDED SCHEDULING ORDER

Upon considering the parties' joint motion to amend the Court's scheduling order dated April 17, 2023, in the above-captioned action, and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that the parties' joint motion is granted; and it is further

**ORDERED** that the Court's scheduling order dated April 17, 2023 [ECF No. 19], is amended as follows:

1. Dispositive motions, if any, shall be filed by August 13, 2024. A brief in response to a dispositive motion may include a dispositive cross-motion.

2. If no dispositive motions are filed, a request for trial, if any, shall be filed by September 12, 2024, and will be accompanied by a proposed Order Governing Preparation for Trial.

3. If necessary, trial will begin at a time and place ordered by the Court.

The Clerk of the Court is directed to forward copies of this scheduling order to counsel for the parties.

Dated: April 11, 2024　　　　　　　　　　/s/ Joseph A. Laroski, Jr.
　　　　New York, New York　　　　　　　Judge