UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: JOSEPH A. LAROSKI, JR., JUDGE

| | |
|---|---|
| ZOETIS SERVICES LLC, | : |
| Plaintiff, | : |
| v. | : Court No. 22-00056 |
| UNITED STATES, | : |
| Defendant. | : |

## **JOINT STATEMENT OF UNDISPUTED FACTS**

Pursuant to Rule 56 of the Rules of the United States Court of International Trade, plaintiff, Zoetis Services, LLC, and defendant, the United States, respectfully submit this Joint Statement of Undisputed Facts.

1.      The merchandise that is the subject of this action was contained in two entries made by plaintiff Zoetis Services LLC on December 26, 2019, and January 22, 2020, at the Port of Chicago, Illinois.

2.      At liquidation, U.S. Customs Border and Protection (Customs) classified all of the subject merchandise under subheading 2309.90.10, Harmonized Tariff Schedule of the United States (HTSUS), a duty-free provision, and assessed Section 301 duties under subheading 9903.88.03, HTSUS, at 25 percent *ad valorem*.

3.      Zoetis filed protests contesting Customs' classification of the subject merchandise, which Customs denied.

4.      Zoetis paid all liquidated duties, taxes, and charges before filing summonses.

1

5.    The subject merchandise consists of feed-grade chlortetracycline concentrate (CTC Concentrate) manufactured in China by Jinhe Biotechnology Co., Ltd.

6.    The CTC Concentrate is an active pharmaceutical ingredient (API) which is composed of the antibiotic Chlortetracycline at a concentration of 23.8 to 24.7 percent.

7.    Chlortetracycline, also known by the trade name Aureomycin, is a broad-spectrum antibiotic.

8.    The CTC Concentrate is produced through a fermentation biomass process.

9.    Specifically, the bacteria *Streptomyces aureofaciens* is aerobically fermented in an aqueous culture medium—a broth of water and nutrients designed to support the bacteria's growth—within a fermentation vessel.

10.    The fermentation of *Streptomyces aureofaciens* produces chlortetracycline.

11.    The chlortetracycline is not extracted from the culture medium.

12.    Rather, once the desired potency has been reached, the entire contents of the fermentation vessel—the bacterial colony, the chlortetracycline that it produced, and the remaining culture medium—are filtered and dried.

13.    These dried contents of the fermentation vessel are then sieved and ground to achieve the desired particle size and potency, resulting in CTC Concentrate.

14.    The CTC Concentrate is a fine brown powder or granular substance, imported in bulk in 750-kilogram bags.

15.    The CTC Concentrate is not a "premix," "complete feed," or "supplementary feed."

16.    The CTC Concentrate is not a mixed feed or mixed-feed ingredient, as those terms are used in Additional U.S. Note 1 to Chapter 23, HTSUS.

17.     The CTC Concentrate is not a significant source of nutrients for animals.

18.     The CTC Concentrate is not directly fed to animals.

19.     The CTC Concentrate is a "microingredient" added to animal feed.

20.     The CTC Concentrate is exclusively used to manufacture what the Food and Drug Administration (FDA) deems "Type A Medicated Articles," which are ultimately used to create "Type B Medicated Feed" and "Type C Medicated Feed" for livestock.

21.     The four Type A Medicated Articles that Zoetis manufactures using the CTC Concentrate are Aureomycin®, Aureomix® S40/40, AUREO S 700®, and ChlorMax® (collectively, "Zoetis's CTC Products").

22.     Pharmgate's Deracin—which is manufactured with CTC Concentrate—is the generic version of Zoetis's Aureomycin®.

23.     Zoetis's CTC Products are created by blending CTC Concentrate with multiple diluents, including rice hulls, calcium sulfate, or calcium carbonate, resulting in a mixture of consistent potency and particle size.

24.     The diluents added to Zoetis's CTC Products during their manufacturing process are not intended to provide a significant source of nutrition to the animal diet.

25.     The chlortetracycline concentration of Zoetis's CTC Products ranges between 7.7 and 22 percent, depending on the product.

26.     Aureomycin® contains either 50, 90, or 100 grams of chlortetracycline per pound of product, or approximately 11, 19.8, or 22 percent, respectively.

27.     Aureomix® S40/40 contains 40 grams of chlortetracycline per pound of product, or approximately 8.8 percent.

28.    AUREO S 700® contains 35 grams of chlortetracycline per pound of product, or approximately 7.7 percent.

29.    ChlorMax® contains 50 grams of chlortetracycline per pound of product, or approximately 11 percent.

30.    The Type B Medicated Feeds and Type C Medicated Feeds made with Zoetis's CTC Products, require a veterinary feed directive (VFD) issued by a licensed veterinarian prior to their use in order to be legally fed to animals.

31.    Each of Zoetis's CTC Products is approved by the FDA for specific uses in maintaining the health of livestock (poultry, swine, and cattle), including the treatment, prevention, and control of a wide range of respiratory and enteric diseases, such as bacterial pneumonia, bacterial enteritis, anaplasmosis, and other diseases, as well as aiding in the maintenance of weight gain in the presence of disease.

32.    Each of Zoetis's CTC Products is labeled and marketed in accordance with its FDA-approved uses.

33.    Zoetis's CTC Products are primarily sold to licensed (required specifically for Aureo S 700 and Aureomix S 40/40) and unlicensed (no license required to purchase Aureomycin 50, 90, 100 and ChlorMax products) feed mills, farmers, and manufacturers of Type B Medicated Feed and Type C Medicated Feed articles, including premix manufacturers like NutraBlend (a subsidiary of Land O'Lakes), for ultimate use in livestock feeds.

Joint Statement of Undisputed Facts (cont'd),
*Zoetis Services LLC v. United States*, Court No. 22-00056

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**
Attorneys for Plaintiff
Zoetis Services LLC
191 N. Wacker Dr. Suite 3700
Chicago, IL 60606
Telephone: (312) 569-1157

By: _____
Wm. Randolph Rucker

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

_____  3/13/2025
AIMEE LEE
Assistant Director

_____  3/13/2025
LUKE MATHERS
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, NY 10278
Tel. (212) 264-9236 or 9230
*Attorneys for Defendant*

5